4

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for 5T Farms; Alberta Otto; Alex Kobets; Alfred Duran; Ara Karkazian, Assemi & Sons, Inc.; Lincoln Grantor Farms; Manning Avenue Pistachios; Bryan & Kimberly Ambrosini; Cameron Wulf; Christie V. Willet; Christie Valorosi Willet, Trustee of the Valorosi Trust; Good Earth, Inc.; Hagopian Enterprises, Inc.; Harriet Vawter; Mark Hagopian; Jared Vawter; J.M. Lasgoity; Kenneson Farms, Inc.; Michael Logoluso, Jr.; Schafer & Schafer; and Ty Bellach ("Growers")

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**WEST COAST GROWERS, INC.,**<br><br>Debtor in Possession.<br><br>TAX ID:     77-0345163<br>Address:   4087 North Howard<br>                 Kerman, CA  93630 | Case No. 15-11079<br><br>Chapter 11 |
| 5T Farms; Alberta Otto; Alex Kobets; Alfred Duran; Ara Karkazian, Assemi & Sons, Inc.; Lincoln Grantor Farms; Manning Avenue Pistachios; Bryan & Kimberly Ambrosini; Cameron Wulf; Christie V. Willet; Christie Valorosi Willet, Trustee of the Valorosi Trust; Good Earth, Inc.; Hagopian Enterprises, Inc.; Harriet Vawter; Mark Hagopian; Jared Vawter; J.M. Lasgoity; Kenneson Farms, Inc.; Michael Logoluso, Jr.; Schafer & Schafer; and Ty Bellach ("Growers"),<br><br>    Plaintiffs,<br><br>vs.<br><br>/// | ADV. PROC. CASE NO. 15-_____<br><br>Date:    N/A<br>Time:    N/A<br>Place:   2500 Tulare Street<br>           Fresno, CA  93721<br>           Courtroom 12<br>Judge:   Honorable W. Richard Lee |

COMPLAINT TO DETERMINE NATURE, EXTENT AND VALIDITY OF LIENS AND FOR DECLARATORY RELIEF

-1-

00085883-gaa-07.01.2015.7:17am

| WEST COAST GROWERS, INC., |
| Defendant. |

**COMPLAINT TO DETERMINE NATURE, EXTENT AND VALIDITY OF LIENS AND FOR DECLARATORY RELIEF**

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

Plaintiffs bring this Adversary Proceeding against Defendant and allege as follows:

1. Plaintiffs (also called "Growers") are each growers who grew, delivered and sold 2014 raisins to Defendant (also known as "Debtor").

2. Growers bring this Adversary Proceeding on behalf of themselves and all other growers ("2014 growers") who grew, delivered and sold 2014 raisins to the Debtor.

3. The Debtor filed a Chapter 11 Petition on March 20, 2015 and remains as the Debtor in Possession. Venue is proper in this district pursuant to 28 U.S.C. 1409(a).

4. This is a core proceeding under 28 U.S.C. 157(b).

5. This Adversary Proceeding is brought pursuant to FRBP 7001 and FRCP 57.

6. Plaintiffs allege that they and all other 2014 growers have valid producer's liens ("Producers' Liens") arising under the California Food and Agriculture Code and these liens extend to the proceeds of the 2014 raisin crop, including any avoidance claim recoveries stemming from transfers of 2014 raisin proceeds obtained by Defendant in the exercise of its avoiding powers.

7. Growers allege that there are not sufficient 2014 raisin proceeds to pay the 2014 growers in full and they will have general unsecured claims against Defendant exceeding $6,500,000.

8. After receiving and processing 2014 raisins, the Debtor disbursed from 2014 raisin proceeds several million dollars to trade creditors, growers from years prior to 2014, attorneys for related entities, growers who sold their grapes to Salwasser,

Inc., to George and Charlotte Salwasser, to G&K Enterprises, Inc., to Salwasser, Inc., and to Debtor's primary lender, Central Valley Community Bank, among others.

9. Growers assert that the use of 2014 raisin proceeds to pay persons other than Growers and all other 2014 growers was improper, a conversion of their property and is governed by the California Producers' Lien law and that they have the right to seek a return of the converted raisin sale proceeds from persons who received these proceeds under numerous theories of law.

10. The Debtor, however, alleges that it has avoiding powers arising under the Bankruptcy Code and it alone can pursue these claims and alone control the use of the recovered 2014 raisin proceeds.

11. The Debtor contends that any and all recoveries stemming from the use of avoidance powers arising under Sections 544, 547, 548 and/or 549 will belong to the estate for benefit of all creditors of the estate including administrative tax priority claims exceeding $500,000.

12. Growers for themselves and all 2014 growers assert that their Producer's Liens follow the to proceeds stemming from any and all such recoveries and the proceeds stemming from 2014 raisins having priority over the claimed interests of the estate or other creditors of the estate.

WHEREFORE, Plaintiffs pray for judgment as follows:

1. For a judgment that the Producer's Liens of Plaintiffs and all other 2014 growers against the 2014 raisin proceeds are superior to the interests of the estate and its creditors;

2. For declaratory judgment holding that the Producer's Liens have priority over the estate's interests in any avoidance power recoveries attributable to transfers or uses of 2014 raisins and proceeds thereof;

3. For a judgment holding that any recovery by the estate from using its avoiding powers stemming from recoveries on 2014 raisin proceeds belong to growers, not the estate or its other creditors; and

///

4. For such other and further relief as is just and proper.

Dated: July 1, 2015

WALTER & WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*

Riley C. Walter,
Attorneys for Growers, 5T Farms; Alberta Otto; Alex Kobets; Alfred Duran; Ara Karkazian, Assemi & Sons, Inc.; Lincoln Grantor Farms; Manning Avenue Pistachios; Bryan & Kimberly Ambrosini; Cameron Wulf; Christie V. Willet; Christie Valorosi Willet, Trustee of the Valorosi Trust; Good Earth, Inc.; Hagopian Enterprises, Inc.; Harriet Vawter; Mark Hagopian; Jared Vawter; J.M. Lasgoity; Kenneson Farms, Inc.; Michael Logoluso, Jr.; Schafer & Schafer; and Ty Bellach ("Growers")